| Date | Pleading Number | |
|---|---|---|
| 9/29/71 | | SHOW CAUSE AND HEARING ORDER - A-1 through A-8 October 29, 1971 San Francisco, California |
| 10/6/71 | | SHOW CAUSE AND HEARING ORDER amended to add B-1 through B-4. Oct. 29, 1971 Sanfrancisco, Calif. Notified counsel involved judge. |
| 10/12/71 | | AMEND SCO & HEARING ORDER to include C-1 - Klafter v. Ecological S.D. Fla., No. 71-1466-Civ-JLK. |
| 10/12/71 | 1. | PLTF. ROSENFIELD to Order to Show Cause. & brief. |
| 10/13/71 | 2. | Plaintiffs in Arnold Dutchen, et eno. to SCO. |
| 10/13/71 | 3. | PLTF. LESTER C. WEINBERG response to SCO. |
| 10/14/71 | | AMEND SCO & HEARING ORDER to include D-1 - Richman v. Ecological, E.D. Wisc., No. 71-C-500 |
| 10/14/71 | 4. | HASKINS & SELLS REPONSE to SCO. (and supporting brief). def. |
| 10/15/71 | 5. | Pltf. A. HARRY SKYDELL - Response to Show Cause Order. |
| 10/18/71 | 6 | Response of Ecological Science and Koenig to SCO |
| 10/18/71 | 7 | AUERBACH (defendant) Response to SCO (1 cpy received.) |
| 10/26/71 | | PLT. ROSENFIELD (supplement to pleading No. 1) |
| 10/27/71 | 8 | Plaintiffs WASYLOW and HNIDKO response to OSC w/certificate of service |
| 10/28/71 | 9 | PLTFS ROGOVIN, PEARSON, GOLDFARB & WEISBERG - Response to Show Cause Order. |
| 11/8/71 | 10 | Florida Plaintiffs response to order to show cause. |
| 11/24/71 | 11 | Mark Auerbach memo regarding further developments w.cert of service. |
| 11/29/71 | 12 | Letter to Judge Lasker from Roger W. Van Deusen attorney for Ecological Science stating disposition of Penna. case 1301 w/cpy of order. |
| 12/3/71 | | Ltr fr Roger W. Vandusen (Ecological Science) encl. Judge Lasker's of 11/29/71 re: transfer of N.Y. actions to S.D. Fla. |
| 12/22/71 | | ORDER - and NOTICE OF HEARING, Washington, D. C. Jan. 28, 1972 to show cause what effect the filing of SECURITIES EXCHANGE COMMISSION V. ECOLOGICAL SCIENCE CORP., S.D.N.Y. 71 Civ. 5016, or any other event subsequent to the 10/29/71 hearing on this matter should have on the question of transfer of the actions listed on the ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ litigation A-1 through D-1. |
| 1/3/72 | 13 | S.E.C. V. ECOLOGICAL SCIENCE CORP, S.D.N.Y. 71 Civ. 5016, or any other event subsequent to 10/29/71 hearing - response from several of the defendants (including Ecological Science) |
| 1/6/72 | 14 | S.E.C. V. ECOLOGICAL SCIENCE, S.D.N.Y. 71 Civ. 5016, Response of Haskin and Sells to Order of 12/22/71 |
| 1/17/72 | | ORDER entered - vacating the Show Cause Order entered 9/29/71 and Hearing order entered 12/22/71. Notified counsel, transferor clerks, involved judges. |
| 1/21/72 | 14 | Response of Plaintiffs Rogovin, Pearson, Goldfarb and Weisberg to the Panel's Show Cause Order. |
| 1/17/72 | | ORDER - denying transfer of the litigation. vacating Show Cause order without prejudice to the right of any party to move the panel for consolidation pursuant to 28 U.S.C. §1407. |

DOCKET NO. __86__

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

IN RE ECOLOGICAL SCIENCES CORPORATION LITIGATION

**DENIED JAN 17, 1972**

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| ✓A-1 | Arnold Dutchen & Seena Haimowitz v. Ecological Science Corp., et al. | S.D. ~~N.Y.~~ FLA 71 Civ. 2059 71-1926-Civ-PF | | | (*) SCO 9/29 |
| ✓A-2 | Lester C. Weinberg v. Harold P. Koenig, et al. | S.D. ~~N.Y.~~ Fla 71 Civ. 2098 71-1927-WM | Lasker | | (*) sco 9/29 |
| A-3 | John Wasylow, et al. v. Harold P. Koenig, et al. (transferred but not transmitted yet) | S.D. N.Y. 71 Civ. 2515 | | | (*) SCD 9/29 |
| ✓A-4 | A. Harry Skydell v. Harold Koenig, et al. | S.D. ~~N.Y.~~ Fla 71 Civ. 2645 71-1928-JLK | | | (*) sco 9/29 |
| A-5 | Leon G. Seyranian, etc. v. Ecological Science, Inc., et al. (S.D Fla. 71-1775 Civ-TC) | ~~N.D. Calif.~~ C-71-1557LHB | | 11/15/71 | SCO 9/29 SP-Fla 71-1730-TC SCO 9/29 |
| ✓A-6 | David M. Rosenfield v. Ecological Sicence Corp., et al. | E.D. Pa. 71-1301 | Broderick | (***) | |
| ✓A-7 | Joel Goldfarb v. Harold P. Koenig, et al. | S.D. Fla. 71-1242-Civ-TC | Cabot | | (**) (2064) SCO 9/29 |
| ✓A-8 | William I. Weisberg v. Harold P. Koenig, et al. | S.D. Fla. 71-1244-Civ-TC | Cabot | | (**) (2066) sco 9/29 |
| ✓B-1 | Gertrude Kaplan, et al. v. Ecological Science Corp., et al. | S.D. Fla. 71-1257-Civ-TC | Cabot | | amended SCO 10/6 |
| ✓B-2 | Seymour Regovin v. Harold P. Koenig et al. | S.D. Fla. 71-1127-Civ-TC | Cabot | | (1977) amended SCO 10/6 |
| ✓B-3 | Daniel J. Monaco v. Ecological Science Corp., et al. | S.D. Fla. 71-1352-Civ-TC | Cabot | | amended SCO 10/6 |
| ✓B-4 | Dr. Carl M. Pearson v. Ecological Science Corp., et al. | S.D. Fla. 71-1058-Civ-TC | Cabot | | amended SCO 10/6 |

(*) Consolidated for all purposes - 9/3/71

(**) Transferred from S.D. New York - 8/2/71

(***) Transferred to S.D. Fla. - 10/15/71

DOCKET NO. 86

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

IN RE ECOLOGICAL SCIENCE CORPORATION LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| C-1 | Melvin L. Klafter, et al. v. Ecological Science Corporation, et al. | S.D. Fla. 71-1466-Civ-JLK | | | amended SCO-10/12/71 |
| D-1 | Alvin Richman, etc. v. Ecological Science Corp., et al. *trans. to Fla.* | E.D. Wisc. 71-C-500 | Gordon | | amended OCO-10/14/71 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE ECOLOGICAL SCIENCES CORPORATION LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Dermot G. Foley, Esquire<br>Kaplan, Kilsheimer & Foley<br>122 East 42nd Street<br>New York, New York 10017 | Ecological Sciences Corp.<br>Harold P. Koenig<br>   Murray A. Gordon, Esquire<br>   401 Broadway<br>   New York, New York 10013 |
| A-2 | Irving Steinman, Esquire<br>11 Park Place<br>New York, New York 10007 | Same as A-1 above (Gordon) |
| A-3 | Samuel P. Sporn, Esquire<br>Schoengold & Sporn<br>217 Broadway<br>New York, New York 10007 | Same as A-1 above (Gordon); also for defendants<br>   Norman J. Davidson<br>   Francis G. Fabian, Jr.<br>   Robert J. Grosh<br>   Jack H. Vollbrecht<br>   Robert B. Carter<br>   Richard J. Silvestrini<br>   Charles A. Macaluso<br>   J. Peter Martin |
| A-4 | Stuart D. Wechsler / Nathaniel H. Yohalem, Esquire<br>Kass, Goodkind, Wechsler & Gerstein<br>122 East 42nd Street<br>New York, New York 10017 | Same as A-1 above (Gordon) |
| A-5 | Hal F. Seibert, Esquire<br>Laub, Seyranian & Mackay<br>605 Central Building<br>436 14th Street<br>Oakland, California 94612 | |
| A-6 | Monheit & Rosenfield, Esquire<br>121 S. road Street, Suite 1718<br>Philadelphia, Pa. 19107<br><br>Harold E, Kohn, Esquire<br>1700 Market Street<br>12th Floor, IVB Building<br>Philadelphia, Pa. 19103<br><br>Aaron M. Fine, Esquire<br>1214 IVB Building<br>1700 Market Street<br>Philadelphia, Pa- 19103 | Julien Phoenix (managing partner)<br>Haskins & Sells<br>   Wolf, Block, Schorr & Solis-Cohen<br>   Packard Building<br>   Philadelphia, Pa. 19102<br><br>Ecological Science Corp.<br>   Morgan, Lewis & Bockius<br>   2107 The Fidelity Bldg.<br>   Philadelphia, Pa. 19109<br><br>Robert C. Dean, Jr.<br>   Marshall, Simonds, Esquire<br>   Proctor & Hoar<br>   28 State Street<br>   Boston, Mass. 02109 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-7 | Rosenthal & Gurkin<br>19 West 44th Street<br>New York, New York  10036 | HASKINS & SELLS<br>  Michael A. Cooper, Esquire<br>  Sullivan & Cromwell<br>  48 Wall Street<br>  New York, New York  10005 |
| A-8 | Mordecai Rosenfeld, Esquire<br>233 Broadway<br>New York, New York  10007 | |
| | | Mr. Mark Auerbach<br>520 E. 77th Street<br>New York, New York |
| | | Mr. Cesare De Franceschino<br>Vice President<br>Ecological Science Corporation<br>20215 N. W. 2nd Avenue<br>Miami, Florida 33169 |
| | | Mr. Rennsselaer W. Bartram III<br>1122 North Ocean Boulevard<br>Gulf Stream, Delray Beach, Florida |
| | | Mr. George V. R. Mulligan<br>Director, Ecological Science Corp.<br>20215 N. W. 2nd Avenue<br>Miami, Florida  33169 |
| | | Mr. Arthur Cantor<br>234 West 44th Street<br>New York, New York |
| | | Mr. Norman Prusinski<br>Ecological Science Corporation<br>20215 N. W. 2nd Avenue<br>Miami, Florida  33169 |
| | | ~~Mr.~~ Jerome S. Wagshal, Esq<br>~~Ecological Science Corporation~~<br>~~20215 N. W. 2nd Avenue~~ 1819 H St, NW<br>~~Miami, Florida  33169~~ Wash 20006 |
| | | Mr. C. E. Woolen<br>Ecological Science Corporation<br>20215 N. W. 2nd Avenue<br>Miami, Florida  33169 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE ECOLOGICAL SCIENCES CORPORATION LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | H. J. Frazier, Esquire<br>Suite 701, Kenann Building<br>3101 No. Federal Highway<br>Ft. Lauderdale, Fla. 33306 | |
| B-2 | Stanley L. Kaufman, Esquire<br>Kaufman, Taylor, Kimmel & Miller<br>41 East 42nd Street<br>New York, New York 10017 | Same as A-1 above (Gordon) |
| B-3 | Joseph W. Cotchett, Esquire<br>Colson & Hicks<br>2d Floor, Concord Bldg.<br>66 West Flagler Street<br>Miami, Fla. 33130 | ECOLOGICAL SCIENCE CORPORATION<br>HAROLD P. KOENIG<br>NORMAN J. DAVIDSON<br>FRANCIS G. FABIAN, JR.<br>ROBERT J. GROSH<br>JACK H. VOLLBRECHT<br>ROBERT B. CARTER |
| B-4 | Kelly, Black, Black & Kenny<br>1409 Alfred I. duPont Building<br>Miami, Florida | RICHARD J. SILVERSTRINI<br>CHARLES A. MACALUSO<br>J. PETER MARTIN<br>CESARE D. FRANCESCHINO<br>RENNSSELAER W. BARTRAM, III |
| C-1 | Melvin L. Klafter<br>39 So. LaSalle Street<br>Chicago, Illinois 60603<br><br>B. F. Paty, Jr., Esquire<br>Paty, Downey, Lewis & Eaton<br>~~400 Royal Palm Way~~ P.O. Box 2345<br>Palm Beach, Florida 33480 | GEORGE V. R. MULLIGAN<br>ARTHUR CANTOR<br>NORMAN PRUSINSKI<br>   Roger W. Van Deusen, Esquire<br>   Metzenbaum, Gaines, Finley &<br>     Stern Co., L.P.A.<br>   1700 Investment Plaza<br>   1801 East 9th Street<br>   Cleveland, Ohio 44114 |
| D-1 | George E. Shoup, Jr., Esquire<br>Hersh, Stupar, Stepke, Gollin & Schultz<br>Suite 1810, 633 W. Wisconsin Avenue<br>Milwaukee, Wisconsin 53203 | MARK AUERBACH<br>   Stuart A. Summit, Esquire<br>   Miller & Summit<br>   90 Broad Street<br>   New York, New York 10004 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | ECOLOGICAL SCIENCE CORPORATION<br>HAROLD P. KOENIG<br>NORMAN J. DAVIDSON<br>RENNSSELAER W. BERTRAM<br>FRANCIS C. FABIAN, JR.<br>DR. RICHARD J. GROSH<br>JACK H. VOLL_RECHT<br>ROBERT B. CARTER<br>GEORGE V. R. MULLIGAN<br>MARK AUERBACH<br>CESARE DE FRANCESCHINO<br>  Gergory M. Harvey, Esq.<br>  Morgan, Lewis & Bockius<br>  123 South Broad Street<br>  Philadelphia, Pa. 19109 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 86 -- IN RE ECOLOGICAL SCIENCES CORPORATION LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ✓ Ecological Science Corporation | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1;B-2;B-3;B-4;C-1;D-1 |
| ✓ Harold P. Koenig | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1;B-2;B-3;B-4;C-1;D-1 |
| ✓ Norman J. Davidson | A-3;A-5;A-6;C-1;D-1 |
| ✓ Robert C. Dean, Jr. | A-3;A-5;A-6;C-1 |
| ✓ Francis G. Fabian, Jr. | A-3;A-5;A-6;C-1;D-1 |
| ✓ Robert J. Grosh | A-3;A-5;A-6;C-1;D-1 |
| ✓ Jack H. Vollbrecht | A-3;A-5;A-6;C-1;D-1 |
| ✓ Mark Auerbach | A-3;A-5;A-6;C-1 |
| ✓ Robert B. Carter | A-3;A-5;A-6;C-1;D-1 |
| ✓ Cesare DeFranceshini | A-3;A-5;C-1 |

p. _____

| | |
|---|---|
| Norman Prusinski | A-3 |
| Richard J. Silvestrini | A-3 |
| Jerome S. Wagshal | A-3 |
| Rensselaer W. Bartram III | A-3; A-5; A-6; C-1 |
| George V. R. Mulligan | A-3; A-5; A-6; C-1; D-1 |
| Charles A. Macaluso | A-3 |
| J. Peter Martin | A-3 |
| C. E. Woolen | A-3 |
| Haskin & Sells, a corporation | A-5 |
| Haskin & Sells, a partnership | A-5; A-6; B-4 |
| Julian Phoenix managing partner of Haskins & Sells | A-6 See ltr of 10/20 from Mr Davis of Wolf, Block, Schorr & Solis-Cohen |
| Arthur Cantor | A-8; B-4 |