DOCKET NO. 86

THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ECOLOGICAL SCIENCES CORPORATION LITIGATION

### ORDER

It appearing that all actions in this litigation are now pending in a single district, the Southern District of Florida,

IT IS ORDERED that the Order to Show Cause filed on September 29, 1971, involving the actions listed on the attached Schedule A be and the same is hereby VACATED.

IT IS FURTHER ORDERED that the December 22, 1971, order and hearing order involving the Securities & Exchange Commission v. Ecological Science Corp., et al., S.D. New York, Civil Action No. 5016, be and the same is hereby VACATED.

This order is without prejudice to the right of any party to move or of the Panel to act on its own initiative under 28 U.S.C. §1407, if circumstances should warrant.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A.                                              DOCKET NO. 86

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Arnold Dutchen & Seena Haimowitz v. Ecological Science Corp., et al. | Civil Action No. 71-1926-Civ-PF |
| Lester C. Weinberg v. Harold P. Koenig, et al. | Civil Action No. 71-1927-Civ-WM |
| A. Harry Skydell v. Harold P. Koenig, et al. | Civil Action No. 71-1928-Civ-JLK |
| David M. Rosenfield v. Ecological Science Corp., et al. | Civil Action No. 71-1730-Civ-TC |
| Joel Goldfarb v. Harold P. Koenig, et al. | Civil Action No. 71-1242-Civ-TC |
| William I. Weisberg v. Harold P. Koenig, et al. | Civil Action No. 71-1244-Civ-TC |
| Gertrude Kaplan, et al. v. Ecological Science Corp., et al. | Civil Action No. 71-1257-Civ-TC |
| Seymour Regovin v. Harold P. Koenig, et al. | Civil Action No. 71-1127-Civ-TC |
| Daniel J. Monaco v. Ecological Science Corp., et al. | Civil Action No. 71-1352-Civ-TC |
| Dr. Carl M. Pearson v. Ecological Science Corp., et al. | Civil Action No. 71-1058-Civ-TC |
| Melvin L. Klafter, et al. v. Ecological Science Corp., et al. | Civil Action No. 71-1466-Civ-JLK |

### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Alvin Richman, etc. v. Ecological Science Corp., et al. | Civil Action No. 71-C-500 |

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon G. Seyranian, etc. v. Ecological Science Inc., et al. | Civil Action No. C-71-1557-LHB |

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Wasylow, et al. v. Harold P. Koenig, et al. | Civil Action No. 71 Civ. 2515 |